Paul J. Ricotta, Esq.
Kaitlin R. Walsh, Esq.
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
The Chrysler Center
666 Third Avenue
New York, New York 10017
Tel:  212-935-3000
Fax:  212-983-3115
pjricotta@mintz.com
krwalsh@mintz.com

*Counsel for Elizabeth Kelly*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| CONSTELLATION HEALTHCARE TECHNOLOGIES, INC. | Case No. 18-71749 (AST) |
| NEMS ACQUISITION, LLC | Case No. 18-71750 (AST) |
| NORTHEAST MEDICAL SOLUTIONS, LLC | Case No. 18-71751 (AST) |
| NEMS WEST VIRGINIA, LLC | Case No. 18-71752 (AST) |
| PHYSICIANS PRACTICE PLUS, LLC | Case No. 18-71753 (AST) |
| PHYSICIANS PRACTICE PLUS HOLDINGS, LLC | Case No. 18-71754 (AST) |
| MEDICAL BILLING SERVICES, INC. | Case No. 18-71755 (AST) |
| RAND MEDICAL BILLING, INC. | Case No. 18-71756 (AST) |
| RMI PHYSICIAN SERVICES CORPORATION | Case No. 18-71757 (AST) |
| WESTERN SKIES PRACTICE MANAGEMENT, INC. | Case No. 18-71758 (AST) |
| INTEGRATED PHYSICIAN SOLUTIONS, INC. | Case No. 18-71759 (AST) |
| NYNM ACQUISITION, LLC | Case No. 18-71760 (AST) |
| NORTHSTAR FHA, LLC | Case No. 18-71761 (AST) |
| NORTHSTAR FIRST HEALTH, LLC | Case No. 18-71762 (AST) |
| VACHETTE BUSINESS SERVICES, LTD. | Case No. 18-71763 (AST) |
| MDRX MEDICAL BILLING, LLC | Case No. 18-71764 (AST) |
| VEGA MEDICAL PROFESSIONALS, LLC | Case No. 18-71765 (AST) |
| ALLEGIANCE CONSULTING ASSOCIATES, LLC | Case No. 18-71766 (AST) |
| ALLEGIANCE BILLING & CONSULTING, LLC | Case No. 18-71767 (AST) |
| PHOENIX HEALTH, LLC | Case No. 18-71789 (AST) |
| NEW YORK NETWORK MANAGEMENT, LLC, | Case No. 18-74545 (AST) |
| | (Jointly Administered) |
| Debtors. | |

| |
|---|
| NEW YORK NETWORK MANAGEMENT LLC, <br><br> Plaintiff, <br> -against- <br> KEVIN KELLY and AUCIELLO LAW GROUP, PC <br><br> Defendants. |
| KEVIN KELLY and EDEL KELLY, <br><br> Plaintiffs, <br> -against- <br> NEW YORK NETWORK MANAGEMENT LLC and ELIZABETH KELLY, <br><br> Defendants. |

Adv. Pro. No. 18-08118 (AST)

**ELIZABETH KELLY'S DEMAND FOR JURY TRIAL
AND STATEMENT OF NON-CONSENT IN RESPONSE
TO NOTICE OF REMOVAL OF STATE COURT ACTIONS**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure ("FRCP"), 28 U.S.C. § 157(e), and Rule 9027(e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), Elizabeth Kelly ("Kelly"), through her undersigned counsel, respectfully submits this request for a jury trial and statement of non-consent to entry of final orders and judgment by the United States Bankruptcy Court for the Eastern District of New York ("Bankruptcy Court").

This statement is submitted in response to the *Notice of Removal Pursuant to 28 USC § 1452 and FRBP 9027*, Case No. 18-74545 (AST) [Docket No. 31] filed by Kevin Kelly and Edel Kelly with respect to *New York Network Management LLC v. Kelly et al.,* Index No. 522203/16 and *Kelly and Kelly v. New York Network Management LLC et al.,* Index No. 522255/16, which actions are consolidated for disposition before the Supreme Court of the State of New York, Kings County (the "State Court Actions").

Pursuant to FRCP 38(b), Kelly demands a trial by jury in relation to all claims and causes of action asserted in the State Court Actions.

Pursuant to 28 U.S.C. § 157(e) and FRBP 9027(e), Kelly does not consent to entry of final orders or judgment in the State Court Actions by the Bankruptcy Court.

Kelly respectfully reserves all rights and remedies attendant hereto, including, but not limited to, asserting jurisdictional defenses and seeking remand of the State Court Actions.

DATED: September 24, 2018

Respectfully submitted,

*/s/* Paul J. Ricotta
Paul J. Ricotta, Esq.
Kaitlin R. Walsh, Esq.
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
The Chrysler Center
666 Third Avenue
New York, New York  10017
Tel:  212-935-3000
Fax:  212-983-3115
pjricotta@mintz.com
krwalsh@mintz.com