UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

New York Network Management, L.L.C.
dba NYNM,

                               Debtor.

Case No.: 18-74545-ast
Chapter 11

--------------------------------------------------------X
Kevin Kelly and Edel Kelly

                              Plaintiffs,

                 -against-

New York Network Management, L.L.C.,
New York Limited Liability Company
and Elizabeth Kelly

                            Defendant.
--------------------------------------------------------X

Adv. Pro. No.: 18-08118-ast

## ORDER SCHEDULING PRE-TRIAL CONFERENCE

**IT IS HEREBY ORDERED**, that a Pre-Trial Conference shall be held in the above-captioned adversary proceeding before the Honorable Alan S. Trust on **October 31, 2018, at 11:00 a.m.** at the United States Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Courtroom 960, Central Islip, New York; and it is further

**ORDERED**, that the parties shall be prepared to discuss with the Court the status of the proceeding prior to removal, and whether any party intends to seek to have this Court remand this matter, abstain from hearing this matter, and/ or have the District Court withdraw the reference; and it is further

**ORDERED**, that Counsel for Plaintiffs, Kevin Kelly and Edel Kelly, is hereby directed to serve a copy of this Order within four (4) business days upon all parties to this adversary proceeding, and contemporaneously file proof of service of same.



Dated: October 10, 2018
Central Islip, New York

_____
**Alan S. Trust
United States Bankruptcy Judge**